UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ESTATE OF CARLOS BONILLA AND JOANNA BONILLA, AS ADMINISTRATOR OF THE ESTATE OF CARLOS BONILLA,<br><br>                    Plaintiff,<br><br>            v.<br><br>COUNTY OF HUDSON, NEW JERSEY; HUDSON COUNTY CORRECTIONAL CENTER; CFG HEALTH SYSTEMS, LLC; EVELYN BERNARDO; CLAUDETTE BLAKE; TAMMY COOPER; DAISY DORONILA; PAUL ITTOOP; JANE LOWE; TERESA O'BRIEN; MYRIAM STERLIN; ERIC TAYLOR; AND JOHN/JANE DOE HEALTHCARE PROVIDERS 1-5,<br><br>                    Defendants. | Civil Action No. 2:19-cv-13137-MEF-AME<br><br>**ORDER FOR<br>ADMINISTRATIVE TERMINATION** |

It having been reported to the Court that the above-captioned action has settled in principle, pending the signing of a settlement agreement and the completion of certain matters to be addressed in estate administration proceedings,

**IT IS** on this 27th day of January 2025,

**ORDERED** that this action is hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that this case shall remain administratively terminated until further request from the Parties for a final order of dismissal; and it is further

**ORDERED** that the Parties will submit to the Court, by email, interim joint status letters providing updates on the progress of settlement and the proceedings to address estate issues. The letters are due on the following dates: April 25, 2025, August 1, 2025, and December 19, 2025, and shall be emailed to AME_Orders@njd.uscourts.gov; and it is further

**ORDERED** that if, at any time, the Parties determine that settlement cannot be consummated, a letter requesting that this action be reopened shall be filed without delay.

/s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge